UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**Ellen Blonder**

                -against-                Case Number**:** **21-cv-01001-JS-AKT**

**Alliant Capital Management LLC**
------------------------------------------------------------X

## NOTICE DESIGNATING CASE FOR COURT ANNEXED ARBITRATION

      This case has been designated to participate in the Court Annexed Arbitration Program pursuant to Local Civil Rule 83.7(d) which requires the Clerk of Court to designate and process for compulsory arbitration "all civil cases (excluding social security cases, tax matters, prisoners' civil rights cases, and any action based on an alleged violation of a right secured by the Constitution of the United States or if jurisdiction is based in whole or in part on Title 28 U.S.C. sec. 1343, wherein money damages only are being sought in an amount not in excess of $150,000.00 exclusive of interest and costs." Damages are presumed not to be in excess of the arbitration limit unless a certification is filed in accordance with Local Civil Rule 83.7(d)(3).

      An arbitration hearing will be scheduled after the Answer is filed. Counsel will have 120 days to complete discovery unless the District Court Judge or Magistrate Judge orders a shorter or longer period for discovery. It is not anticipated that matters selected for Arbitration will require discovery directions. If a dispute arises which requires a ruling on a question related to discovery, you must move promptly before the assigned judge. Attorneys cannot adjourn or change the arbitration hearing date without approval from the Court.

      In the event a party fails to participate in the arbitration process in a meaningful manner, or comply with the rules, herein, the Court may impose appropriate sanctions, including, but not limited to, the striking of any demand for a trial de novo filed by that party.

Requests **to extend discovery**: must be filed as a motion via ECF.

Requests **to Adjourn an Arbitration Hearing**: Must be requested in writing and filed via ECF.

**All correspondence regarding this hearing, including requests to change the date must be filed electronically (ECF). Telephone calls to request adjournment of an Arbitration hearing will not be considered.**

### PRO SE LITIGANTS

Pro Se litigants are encouraged to contact the Federal Pro Se Legal Assistance Project, which is a free service offered by the City Bar Justice Center of the New York City Bar Association, and to schedule an appointment at the Brooklyn Federal Courthouse, by calling 212-382-4729.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**Ellen Blonder**

                -against-              Case Number**: 21-cv-01001-JS-AKT**

**Alliant Capital Management LLC**
-------------------------------------------------------------X

### **PRO SE LITIGANTS**

Pro Se litigants may register to receive electronic notification of court issued filings by following the instructions available here:

      https://img.nyed.uscourts.gov/files/forms/ProSeConsElecSvc-Instructions.pdf

      You may refer to the Local Civil Rules for Arbitration of the U.S. District Court, Eastern District of New York on our web site:


Dated: 3-11-2021


By:  **Rita Credle**
      **ADR Coordinator**
      **U.S. District Court, EDNY**
      **225 Cadman Plaza East – Room 215S**
      **Brooklyn, NY  11201**
      **Tele: 718-613-2326**
      **Email:** Rita_Credle@nyed.uscourts.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**Ellen Blonder**

           -against-              Case Number**: 21-cv-01001-JS-AKT**

**Alliant Capital Management LLC**
-------------------------------------------------------------X

## NOTICE OF REMOTE ARBITRATION HEARINGS DURING COVID-19

EDNY arbitrations may be conducted remotely during the Covid-19 Pandemic. The Arbitrator will provide the video conferencing platform for the arbitration. EDNY arbitrators who are capable of conducting remote arbitrations are listed here:

https://www.nyed.uscourts.gov/adr/Arbitration/displayAllArb.cfm?geo=&specialtyMult=21

To raise an objection to proceeding with remote arbitration, please file a letter on the docket, addressed to the assigned judge, stating the reasons you do not wish to proceed.

GUIDELINES FOR PARTICIPANTS IN REMOTE ARBITRATION

Please review the guidelines below for remote arbitration participation:

https://img.nyed.uscourts.gov/files/local_rules/EDNY%20Remote%20Guidelines%20for%20All%20Arbitration%20Participants%208.25.20.pdf