**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 121627
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ellen Blonder,<br><br>             Plaintiff,<br><br>      v.<br><br>Alliant Capital Management LLC,<br><br>             Defendant. | Case No: 2:21-cv-01001-JS-AKT |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: April 5, 2021

                              **BARSHAY SANDERS, PLLC**

                              By:     /s *Craig B. Sanders*
                              Craig B. Sanders
                              100 Garden City Plaza, Suite 500
                              Garden City, New York 11530
                              Email: csanders@barshaysanders.com
                              Tel: (516) 203-7600
                              Fax: (516) 282-7878
                              Our File No: 121627
                              *Attorneys for Plaintiff*