**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 121627
*Attorneys for Plaintiff*



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ellen Blonder, <br><br> Plaintiff, <br><br> v. <br><br> Alliant Capital Management LLC, <br><br> Defendant. | Case No: 2:21-cv-01001-JS-AKT |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: April 5, 2021

          **BARSHAY SANDERS, PLLC**

          By:  /s *Craig B. Sanders*
          Craig B. Sanders
          100 Garden City Plaza, Suite 500
          Garden City, New York 11530
          Email: csanders@barshaysanders.com
          Tel: (516) 203-7600
          Fax: (516) 282-7878
          Our File No: 121627
          *Attorneys for Plaintiff*

The Clerk of Court is directed to close this case.
**SO ORDERED** this 6th day of April 2021 at Central Islip, New York.

          /s/ JOANNA SEYBERT
          U.S. District Judge, EDNY